PD-1001,1002,1003-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/6/2015 1:08:35 PM
Accepted 8/6/2015 3:48:36 PM
ABEL ACOSTA
CLERK

PD NOS. _____

## IN THE COURT OF CRIMINAL APPEALS
## AT AUSTIN, TEXAS

*On Discretionary Review From the Thirteenth Court of Appeals*
*at Corpus Christi-Edinburg, Texas*
*Cause Nos. 13-14-0283-CR, 13-14-0284-CR, 13-14-0285-CR*

THE STATE OF TEXAS, Appellant,

V.

CHRISTOPHER SHAWN FELLOWS, Appellee.

THE STATE OF TEXAS, Appellant,

V.

STEVE MARSTON, Appellee.

THE STATE OF TEXAS, Appellant,

V.

PAUL CARTER, Appellee.

**APPELLEES'S MOTION TO EXTEND TIME TO FILE**
**HIS PETITION FOR DISCRETIONARY REVIEW**

*TO THE JUDGES OF THE COURT OF CRIMINAL APPEALS:*

CHRISTOPHER SHAWN FELLOWS, STEVE MARSTON, and

PAUL CARTER, Appellees, by Counsel, BRIAN WICE, file this Motion to

Extend Time to File Petitions for Discretionary Review.

1

I.

Appellees were indicted for criminal conspiracy and money laundering relating to the operation of an alleged illegal gambling establishment. The trial court granted Appellees's motion to dismiss the indictments after finding that their due process rights were violated when material and exculpatory evidence, POS1, had been destroyed by the State. On appeal, the court of appeals held that the evidence was neither material nor exculpatory, reversed the trial court's order, and remanded the cases to the trial court. **State v. Fellows**, 2015 WL 3799457 at \*10 (Tex.App.– Corpus Christi June 18, 2015)( not designated for publication). On July 23, 2015, the court of appeals denied Appellees's motion for rehearing, but granted their motion to publish. **Id**. ___ S.W.3d ___, 2015 WL 4504936 (Tex.App.– Corpus Christi July 23, 2015). This petition is due on August 24, 2015, and this is the first extension sought.

II.

As a result of his involvement in these matters over the last 45 days, lead counsel is unable to timely file these petition for discretionary review:

*State of Texas v. Warren Kenneth Paxton, Jr.*
Nos. 416-81913-2015 *et seq.*
416th District Court of Collin County

2

*State of Texas v. Dustin Deutsch*
No. 1449535 & 1449536: 183rd District Court of Harris County
Motion to Disqualify Defense Counsel: Attorney *Pro Tem*

*Zachs v. Warden, Connecticut State Prison*
No. TSR-CV12-4004962-S
Expert Witness: Post-Conviction Writ Hearing

Appellees pray that this motion be granted, and that the time for filing these petitions be extended until September 23, 2015.

RESPECTFULLY SUBMITTED,

/s/ Brian W. Wice

_____

**BRIAN W. WICE**
440 Louisiana  Suite 900
Houston, Texas  77002-1635
(713) 524-9922   PHONE
(713) 236-7768   FAX
Bar No. 21417800
Wicelaw@att.net

## CERTIFICATE OF SERVICE

This petition was served on Joseph Corcoran, Office of the Attorney General, P.O. Box 12548, Austin, Texas, 78711, and State Prosecuting Attorney Lisa McMinn, P.O. Box 130046, Austin, Texas, 78711, by e-filing on August 6, 2015.

/s/ **Brian W. Wice**

_____

**BRIAN W. WICE**

3

## CERTIFICATE OF COMPLIANCE

Pursuant to **T**EX.**R.A**PP.**P.** 9.4(1)(i)(1), I certify that this document complies with the type-volume limitations of **T**EX.**R.A**PP.**P**. 9.4(i)(2)(D):

1.  Exclusive of the exempted portions set out in **T**EX.**R.A**PP.**P.** 9.4(i)(1), and pursuant to the Court granting Appellant's an extension to exceed the word count, this document contains 511 words.

2.  This document was prepared in proportionally spaced typeface using Word Perfect 8.0 in Century 14 for text and Times New Roman 12 for footnotes.

/s/ **Brian W. Wice**

_____

**BRIAN W. WICE**